# Court of Appeals
# of the State of Georgia

ATLANTA, October 28, 2024

*The Court of Appeals hereby passes the following order:*

**A25D0084. JASON FARMER et al. v. JAMES FARMER et al**.

This dispute arises from the probate of the wills of Bobby James Farmer and Judy Lenora Farmer. In both actions, the probate court entered a protective order concerning certain property until the superior court could decide the issue of ownership. The Farmers' descendants then filed a motion challenging the probate court's jurisdiction to enter the protective order and its issuance of subpoenas. The probate court denied the motion, and the descendants filed this application for discretionary appeal. We, however, lack jurisdiction.

Because the action remains pending below, the descendants were required to comply with the interlocutory appeal procedures — including obtaining a certificate of immediate review — in order to appeal. See OCGA § 5-6-34 (b); *In re Estate of Reece*, 360 Ga. App. 364, 365-366 (861 SE2d 169) (2021). The descendants' failure to comply with the requirements of OCGA § 5-6-34 (b) deprives us of jurisdiction over this application, which is hereby DISMISSED.

*Court of Appeals of the State of Georgia*

*Clerk's Office,*

*Atlanta,* 10/28/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



, *Clerk.*